```
                              United States Bankruptcy Court
                              Middle District of Tennessee
In re:                                                              Case No. 14-03885-MFH
JAMES P OLINDE, Jr.                                                 Chapter 7
LAURA HORTON OLINDE
      Debtors                         CERTIFICATE OF NOTICE
District/off: 0650-3          User: jlm5452                Page 1 of 2          Date Rcvd: May 15, 2014
                              Form ID: b9a                 Total Noticed: 64
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2014.
```
db/jdb     +JAMES P OLINDE, Jr.,    LAURA HORTON OLINDE,    5992 DEWEY CARR ROAD,    Bethpage, TN 37022-8200
tr         +MICHAEL GIGANDET,    LAW OFFICE OF MICHAEL GIGANDET,    208 CENTRE ST,
             PLEASANT VIEW, TN 37146-7053
5505703    #+AIP SOLUTIONS,    8428 E SHEA BLVD. SUITE 101,    Scottsdale AZ 85260-6663
5505704     +AMERICAN EDUCATION SERVICES,    PO BOX 2461,   Harrisburg PA 17105-2461
5505705     +BONNIE PLANTS,    1727 HWY 223,    Union Springs AL 36089-4789
5505706     +BOSTWICK BRAUN CO,    7349 CROSSLEIGH CT,    Toledo OH 43617-3108
5505708     +BROCK AND SCOTT PLLC,    277 MALLORY STATION RD,    STE 115,   Franklin TN 37067-8251
5505711     +CAPITOL ACCOUNTS,    BRIDGEWATER ASSETS,    1 GLENDINING PL,   Westport CT 06880-1242
5505715     +CITY OF LAFAYETTE TN,    PO BOX 275,    Lafayette TN 37083-0275
5505712     +Cbs Col Clrk,    Attn: Lisa Trimble,    Po Box 482,   Clarksville TN 37041-0482
5505717     +DAIRYMAN'S SUPPLY COMPANY INC.,    PO BOX 528,   Mayfield KY 42066-0031
5505721     +EZ VENTURES, LLC,    4501 Orangewood Ln,    Bowie MD 20715-1134
5505722      FIRST TN,   PO BOX 1545,    Memphis TN 38101-1545
5505724     +FIRST TN BANK,    PO BOX 1469,    Knoxville TN 37901-1469
5505723      FIRST TN BANK,    CREDIT INQUIRY DEPT,    Knoxville TN 37995-1501
5505725     +FRANKLIN EQUIPMENT,    PO BOX 58386,    Nashville TN 37205-8386
5505726     +Fst Tn Bk Mp,    6522 Chapman Hwy,    Knoxville TN 37920-6567
5505729      GENPACT SERVICES,    PO BOX 1969,    Southgate MI 48195-0969
5505732      HERITAGE PROPANE EXPRESS,    PO BOX 490,   Centre AL 35960-0490
5505734     +HOUSE-HASSON HARDWARE CO,    C/O A. WAYNE HENRY, ATTORNEY AT LAW,    407 GROVE ST,    PO BOX 366,
             Loudon TN 37774-0366
5505735     +HOUSE-HASSON HARDWARE COMPANY, INC.,    3125 WATER PLANT RD,   FORKS OF THE RIVER INDUSTRIAL PARK,
             Knoxville TN 37914-6640
5505740     +INTEGRITY METALS,    PO BOX 664,    5571 LEXINGTON RD,   Lancaster KY 40444-7014
5505741     +MACON BANK AND TRUST,    POB 10,    Lafayette TN 37083-0010
5505743     +MERCURY PAYMENT SYSTEMS,    10 BURNETT COURT SUITE 300,    Durango CO 81301-3613
5505744     +NACM SOUTHEAST,    PO BOX 29429,    Atlanta GA 30359-0429
5505747     +PPG ARCHITECTURAL FINISHES,    PO BOX 534979,    Atlanta GA 30353-4950
5505749     +QUIKRETE COMPANIES,    C/O STELTEMEIER & WESTBROOK PLLC,    3326 ASPEN GROVE DRIVE SUITE 604,
             Franklin TN 37067-4858
5505750     +RE: DOCKET# 4781,    MACON COUNTY CHANCERY COURT,    906 Highway 52 Bypass East,
             Lafayette TN 37083-1024
5505751     +RE: TN DEPT OF REVENUE,    C/O TN ATTY GENERAL'S OFFICE,    PO BOX 20207,    Nashville TN 37202-4015
5505752     +RONALD B. CURRY CPA,    305 CEDAR AVE,    Yukon OK 73099-1209
5505755     +SHOPPERS CHARGE,    ADMIN RECOVERY LLC,    9159 MAIN ST,   Clarence NY 14031-1931
5505756      THE BOSTWICK BRAUN COMPANY,    PO BOX 636239,    Cincinnati OH 45263-6239
5505758     +TRI-COUNTY ELECTRIC,    PO BOX 40,    Lafayette TN 37083-0040
5505760     +WALLACE HARDWARE CO, INC.,    5050 S. DAVY CROCKETT PKWY,   Morristown TN 37813-3962
5505761     +WARREN BROTHERS SASH & DOOR CO.,    700 MASSMAN DRIVE,    Nashville TN 37210-3786
5505762     +YARD CARD,    CUSTOMER SERVICE,    PO BOX 731,    Mahwah NJ 07430-0731
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: bkcourt@davidcannon.net May 16 2014 00:31:54     DAVID FOSTER CANNON,
             DAVID F. CANNON, ATTORNEY AT LAW,    346 21ST AVENUE NORTH,    NASHVILLE, TN 37203-1848
5505702     +E-mail/Text: mtamsett@adminrecovery.com May 16 2014 00:33:02     Admin Recovery Llc,
             45 Earhart Dr Ste 102,   Williamsville NY 14221-7809
5505707     +E-mail/Text: updates@brennanclark.com May 16 2014 00:33:01     BRENNAN AND CLARK, LTD,
             721 E MADISON,   SUITE 200,   Villa Park IL 60181-3083
5505709     +EDI: OPHSUBSID.COM May 16 2014 00:18:00     CANDICA LLC,    C/O WEINSTEIN & RILEY,
             2001 WESTERN AVE STE 400,    Seattle WA 98121-3132
5505710      EDI: CAPITALONE.COM May 16 2014 00:18:00      CAPITAL ONE,    PO BOX 30285,
             Salt Lake City UT 84130-0285
5505713     +E-mail/Text: bankruptcy@arvest.com May 16 2014 00:32:54     CENTRAL MORTGAGE,    PO BOX 8025,
             Little Rock AR 72203-8025
5505714      EDI: CHASE.COM May 16 2014 00:18:00      CHASE,   P.O. BOX 15298,   WILMINGTON DE 19850-5298
5505716     +EDI: RCSFNBMARIN.COM May 16 2014 00:18:00      Credit One Bank,    Po Box 98873,
             Las Vegas NV 89193-8873
5505718     +EDI: BASSASSOC.COM May 16 2014 00:18:00      ECAST,   C/O BASS AND ASSOC.,
             3936 E FT LOWELL STE 200,    Tucson AZ 85712-1083
5505719     +EDI: ECAST.COM May 16 2014 00:18:00      ECAST SETTLEMENT CORP,    PO BOX 35480,
             Newark NJ 07193-5480
5505720     +EDI: ECMC.COM May 16 2014 00:18:00      ECMC,   LOCKBOX 8682,   PO BOX 75848,
             Saint Paul MN 55175-0848
5505727     +EDI: RMSC.COM May 16 2014 00:18:00      GE MONEY BANK-CARE CREDIT,    ATT: BANKRUPTCY DEPARTMENT,
             P.O. BOX 103104,   Roswell GA 30076-9104
5505728     +EDI: RMSC.COM May 16 2014 00:18:00      GE MONEY BANK-LOWE'S,    ATT: BANKRUPTCY DEPARTMENT,
             P.O. BOX 103104,   Roswell GA 30076-9104
5505731     +E-mail/Text: cmims@gswp.net May 16 2014 00:32:08     GREAT SOUTHERN WOOD PRESERVING,    POB 610,
             Abbeville AL 36310-0610
5505730      E-mail/Text: cmims@gswp.net May 16 2014 00:32:08     GREAT SOUTHERN WOOD PRESERVING,
             PO BOX 934412,   Atlanta GA 31193-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5505733      EDI: HFC.COM May 16 2014 00:18:00      HHLD BANK/COMPUSA,   90 CHRISTIANA RD,
             New Castle DE 19720-3118
5505736     +EDI: HFC.COM May 16 2014 00:18:00      HSBC,   PO BOX 4144,   Carol Stream IL 60197-4144
5505737      EDI: HFC.COM May 16 2014 00:18:00      HSBC,    RETAIL SERVICES,   PO BOX 15521,
             Wilmington DE 19850-5521
5505738     +EDI: HFC.COM May 16 2014 00:18:00      HSBC,    PAYMENT PROCESSING CENTER,   PO BOX 4144,
             Carol Stream IL 60197-4144
5505739     +EDI: AIS.COM May 16 2014 00:18:00      INSOLVE RECOVERY LLC BY AMERICAN INFOSOU,   PO BOX 269093,
             Oklahoma City OK 73126-9093
5505745      EDI: PRA.COM May 16 2014 00:18:00      PORTFOLIO RECOVERY,   PO BOX 12914,   Norfolk VA 23541
5505746      EDI: PRA.COM May 16 2014 00:18:00      PORTFOLIO RECOVERY ASSOC,   PO BOX 41067,
             Norfolk VA 23541
5505748     +EDI: PRA.COM May 16 2014 00:18:00      PRA RECEIVABLES,   AGENT OF PORTFOLIO RECOVERY ASSOC,
             P O BOX 41067,   Norfolk VA 23541-1067
5505753      EDI: NAVIENTFKASMSERV.COM May 16 2014 00:18:00      SALLIE MAE,   P O BOX 9500,
             Wilkes Barre PA 18773-9500
5505754     +EDI: NAVIENTFKASMSERV.COM May 16 2014 00:18:00      Sallie Mae,   Attn: Claims Department,
             Po Box 9500,   Wilkes-Barre PA 18773-9500
5505757     +E-mail/Text: ggresham@quikrete.com May 16 2014 00:32:26      THE QUIKRETE COMPANIES INC.,
             PO BOX 930134,   Atlanta GA 31193-0134
5505759     +EDI: URSI.COM May 16 2014 00:18:00      US BANK,   C/O UNITED RECOVERY SYSTEMS,   P OBOX 722929,
             Houston TX 77272-2929
5505763     +E-mail/Text: mtamsett@adminrecovery.com May 16 2014 00:33:02      YARD CARD,   C/O ADMIN RECOVERY,
             9159 MAIN ST,   Clarence NY 14031-1931
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5505742     ##+MERCHANT CASH AND CAPITAL LLC,   450 PARK AVE S,   11TH FLOOR,   New York NY 10016-7320
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2014                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2014 at the address(es) listed below:
```
          DAVID FOSTER CANNON    on behalf of Debtor JAMES P OLINDE, Jr. bkcourt@davidcannon.net,
           sarahs@ecf.inforuptcy.com
          DAVID FOSTER CANNON    on behalf of Joint Debtor LAURA HORTON OLINDE bkcourt@davidcannon.net,
           sarahs@ecf.inforuptcy.com
          MICHAEL GIGANDET     mg@trustesolutions.net, michael@mgigandet.com
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF TENNESSEE

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/15/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| JAMES P OLINDE Jr.<br>fdba OLINDE'S HOME CENTER, INC.<br>5992 DEWEY CARR ROAD<br>Bethpage, TN 37022 | LAURA HORTON OLINDE<br>5992 DEWEY CARR ROAD<br>Bethpage, TN 37022 |
| Case Number:<br>3:14−bk−03885 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−6968<br>xxx−xx−6647 |
| Attorney for Debtor(s) (name and address):<br>DAVID FOSTER CANNON<br>DAVID F. CANNON, ATTORNEY AT LAW<br>346 21ST AVENUE NORTH<br>NASHVILLE, TN 37203−1848<br>Telephone number: 615−321−8787 | Bankruptcy Trustee (name and address):<br>MICHAEL GIGANDET<br>LAW OFFICE OF MICHAEL GIGANDET<br>208 CENTRE ST<br>PLEASANT VIEW, TN 37146<br>Telephone number: 615 746−4949 |

## Meeting of Creditors

Date: **June 11, 2014**                         Time: **10:00 AM**
Location: **Customs House, 701 Broadway, Room 100, Nashville, TN 37203**

Language interpretation at the meeting of creditors will be provided at no cost upon request to the Chapter 7, 11, 12, or 13 Trustee AND U.S. Trustee as soon as possible but preferably within seven (7) days after the commencement of the case. Request Forms may be obtained from the U.S. Trustee or under "U.S. Trustee Info" on the Court´s website at <www.tnmb.uscourts.gov>.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The Presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/11/14**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>701 Broadway Room 170<br>Nashville, TN 37203<br>Telephone number: 615−736−5584 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>MATTHEW T LOUGHNEY |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 5/15/14 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices